UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY RASMUSSEN and
ERIC RASMUSSEN,

    Plaintiffs,

vs.

FLEETWOOD ENTERPRISES, INC., a            Case No.: 2:06-cv-13883
California corporation, and DEXTER AXLE,     Judge Bernard A. Friedman
a Delaware corporation or an Indiana corporation, Mag Judge:Steven R. Whalen

    Defendants.
_____/

| | |
|---|---|
| NEIL A. MILLER, P.C. | MATTHEW J. STANCZYK (P39559) |
| NEIL A. MILLER (P25645) | Plunkett & Cooney, P.C. |
| Attorney for Plaintiffs | Attorney for Defendant Dexter Axle |
| 2301 West Big Beaver Road, Suite 318 | Buhl Bldg., 535 Griswold, Suite 2400 |
| Troy, MI 48084 | Detroit, MI 48226 |
| (248) 649-0211 | (313) 983-4823 |
| | |
| | Michael G. Latiff (P51263) |
| | Eric M. Mathis (P65384) |
| | Butzel Long, P.C. |
| | Attorneys for Defendant Fleetwood |
| | 150 W. Jefferson Ave., Suite 100 |
| | Detroit, MI 48226 |
| | (313) 983-7466 |

**STIPULATION FOR CONSOLIDATION**

THE UNDERSIGNED parties do hereby stipulate to the entry of an order by this court, to consolidate the case of *Eric J. Rasmussen, a Minor, and Adam Rasmussen, a Minor, by their Next Friend Eric Rasmussen, and Eric Rasmussen, Individually, v Dexter Axle and Fleetwood International*, Case No. 06-13884, currently pending before the Hon. David M. Lawson, with this case for all purposes including trial, insofar as that case arises out of the same incident and against the same defendants as the one currently pending before this court with lower case 06-13883.

| | |
|---|---|
| S/ w/consent of Neil A. Miller<br>NEIL A. MILLER, P.C.<br>NEIL A. MILLER (P25645)<br>Attorney for Plaintiffs<br>2301 West Big Beaver Road, Suite 318<br>Troy, MI  48084<br>(248) 649-0211 | S/ w/consent of Orlando L. Blanco<br>BLANCO WILCZYNSKI, P.C.<br>ORLANDO L. BLANCO (P34480)<br>Attorneys for Plaintiffs<br>50 West Big Beaver Road, Suite 320<br>Troy, MI  48084-5202<br>(248) 519-9000 |
| S/ w/consent of Michael G. Latiff<br>Michael G. Latiff (P51263)<br>Eric M. Mathis (P65384)<br>Butzel Long, P.C.<br>Attorneys for Defendant Fleetwood<br>150 W. Jefferson Ave., Suite 100<br>Detroit, MI  48226<br>(313) 983-7466 | S/Matthew J. Stanczyk<br>MATTHEW J. STANCZYK (P39559)<br>Plunkett & Cooney, P.C.<br>Attorney for Defendant Dexter Axle<br>Buhl Bldg., 535 Griswold, Suite 2400<br>Detroit, MI  48226<br>(313) 983-4823 |

## ORDER FOR CONSOLIDATION

At a session of said court, held in
the U.S. Federal Courthouse, in the
City of Detroit, State of Michigan,
on:   October 24, 2006
Present:  Hon. Bernard A. Friedman
U.S. District Court Judge

THIS MATTER having come before the court upon the stipulation of the parties, the court being advised that the case of *Eric J. Rasmussen, a Minor, and Adam Rasmussen, a Minor, by their Next Friend Eric Rasmussen, and Eric Rasmussen, Individually, v Dexter Axle and Fleetwood International*, Case No. 06-13884, currently pending before the Hon. David M. Lawson, arises out of the same incident and against the same defendants as this matter, this case having the lower case number, and the court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that the case of *Eric J. Rasmussen, a Minor, and Adam Rasmussen, a Minor, by their Next Friend Eric Rasmussen, and Eric Rasmussen, Individually, v Dexter Axle and Fleetwood International*, Case No. 06-13884, currently pending before the Hon. David M. Lawson, is hereby consolidated with the case of *Tammy Rasmussen and Eric J. Rasmussen, v Dexter Axle and Fleetwood International*, Case No. 06-13883, for all purposes including trial.

IT IS SO ORDERED.

 s/Bernard A. Friedman     
U.S. DISTRICT COURT JUDGE

Detroit.09134.62639.1185452-1

4